UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRETT DONALD WEINRICH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:08-CV-1116 HEA |
| | ) |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Consequently, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis [#2] is **GRANTED**.

Dated this 23rd day of September, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE